

**Financial Industry Regulatory Authority**

December 4, 2014

Jennifer R. Willey
Crowe & Dunlevy
Braniff Building
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102

Re: JOSHUA GREENBERG, CRD# 3272053,
   FINRA Arbitration No.: 12-03600
   Stephen R. Fleischer vs. Citigroup Global Markets, Inc.

Dear Ms. Willey:

FINRA has reviewed, and determined to grant, your request for a waiver of the obligation under FINRA Rule 2080[1] to name FINRA as a party in any action to confirm the award issued in the above-captioned proceeding. The award directs the expungement of customer dispute information from the Central Registration Depository (CRD®). FINRA notes that the arbitration award reflects compliance with FINRA's Code of Arbitration Procedure for Customer Disputes § 12805 or Code of Arbitration Procedure for Industry Disputes § 13805. In addition, it includes an affirmative finding that the expungement directive is based on one or more standards enumerated in FINRA Rule 2080. Specifically, the expungement directive is based on one or more of the following affirmative arbitral finding(s):

___   the claim, allegation, or information is factually impossible or clearly erroneous

_X_   the above-named individual was not involved in the alleged investment-related sales practice violation, forgery, theft, misappropriation, or conversion of funds

___   the claim, allegation, or information is false

Therefore, you are not required to name FINRA as a party in the judicial proceeding to confirm the arbitration award.

If you have any questions, please contact me at 240-386-4788.

Sincerely,

Karen Weinstein, Analyst
FINRA
Registration and Disclosure
Regulatory Review and Disclosure

---

[1] Formerly NASD Rule 2130

Investor protection. Market integrity.

EXHIBIT 1

9509 Key West Avenue    t 301 590 6500
Rockville, MD            www.finra.org
20850