# Award
## FINRA Dispute Resolution

In the Matter of the Arbitration Between:

Claimant  
Stephen R. Fleischer

Case Number: 12-03600

vs.

Respondent  
Citigroup Global Markets, Inc.

Hearing Site: Ft. Lauderdale, Florida

Nature of the Dispute: Customer vs. Member

This case was decided by an all-public panel.

## REPRESENTATION OF PARTIES

For Claimant Stephen R. Fleischer: Jeffrey R. Sonn, Esq., Jeffrey Erez, Esq., Adam Nativ, Esq. and Stefan Apotheker, Esq., Sonn & Erez, PLC, Miami, Florida.

For Respondent Citigroup Global Markets, Inc.: Richard C. Szuch, Esq., Bressler, Amery & Ross, P.C., Morristown, New Jersey.

## CASE INFORMATION

Statement of Claim filed on or about: October 11, 2012.
Stephen R. Fleischer signed the Submission Agreement: October 25, 2012.

Statement of Answer filed by Respondent on or about: January 21, 2013.
Citigroup Global Markets, Inc. signed the Submission Agreement: February 4, 2013.

Non-party Joshua Greenberg's Motion for Expungement and Brief in Support ("Motion for Expungement") filed on or about: April 18, 2014.
Claimant's Response in Support of the Motion for Expungement filed on or about: June 30, 2014.

## CASE SUMMARY

Claimant asserted the following causes of action: breach of fiduciary duty; negligence; negligent supervision; breach of contract; and fraud. The causes of action relate to Claimant's purchase of shares of the ASTA Two LLC fund.

Unless specifically admitted in its Answer, Respondent denied the allegations made in the Statement of Claim and asserted various affirmative defenses.



EXHIBIT 3

## RELIEF REQUESTED

In the Statement of Claim, Claimant requested compensatory damages of over $100,000.00 to $500,000.00, punitive damages, interest, costs and such other and further relief the Panel deemed just and proper.

Respondent requested that the Statement of Claim be dismissed with prejudice, that all arbitration proceeding costs be assessed against Claimant and any further relief the Panel deemed just and proper.

## OTHER ISSUES CONSIDERED AND DECIDED

The Arbitrators acknowledge that they have each read the pleadings and other materials filed by the parties.

On or about March 10, 2014, Claimant notified FINRA that the case was settled. Accordingly, the Panel made no determinations with respect to the requests contained in the Statement of Claim.

The Panel conducted a recorded telephonic hearing on July 8, 2014, regarding non-party Joshua Greenberg's Motion for Expungement. Non-party Joshua Greenberg was represented by Tara A. LaClair, Esq. and Jennifer R. Willey, Esq., Crowe & Dunlevy, P.C., Oklahoma City, Oklahoma. Claimant's counsel appeared at the expungement hearing and supported the Motion for Expungement.

The parties have agreed that the Award in this matter may be executed in counterpart copies or that a handwritten, signed Award may be entered.

## AWARD

After considering the pleadings, the testimony and evidence presented at the recorded telephonic expungement hearing, and the post-hearing submissions (if any), the Panel has decided in full and final resolution of the issues submitted for determination as follows:

1. The Panel recommends the expungement of all references to the above-captioned arbitration from non-party Joshua Greenberg's (CRD #3272053) registration records maintained by the CRD, with the understanding that pursuant to Notice to Members 04-16, non-party Joshua Greenberg must obtain confirmation from a court of competent jurisdiction before the CRD will execute the expungement directive.

   Unless specifically waived in writing by FINRA, parties seeking judicial confirmation of an arbitration award containing expungement relief must name FINRA as an additional party and serve FINRA with all appropriate documents.

   Pursuant to Rule 12805 of the Code of Arbitration Procedure ("Code"), the Panel has made the following Rule 2080 affirmative finding of fact:

FINRA Dispute Resolution
Arbitration No. 12-03600
Award Page 3 of 5

The registered person was not involved in the alleged investment-related sales practice violation, forgery, theft, misappropriation, or conversion of funds.

The Panel has made the above Rule 2080 finding based on the following reasons:

Non-party Joshua Greenberg, the financial advisor, was not responsible for the misleading/incorrect information provided by Respondent that non-party Joshua Greenberg and Claimant relied upon in recommending and purchasing the product in question. Non-party Joshua Greenberg was an innocent party and Claimant supported/joined in his Motion for Expungement. Non-party Joshua Greenberg's recommendations would have been suitable for Claimant, as represented by the Claimant's attorney, if the representations of Respondent on the product had been truthful. Since these representations by Respondent were not, neither non-party Joshua Greenberg nor Claimant were responsible for Claimant's losses.

In making the above findings, the Panel considered the pleadings, the Motion for Expungement with exhibits, the testimony presented at the expungement hearing, reviewed the BrokerCheck records of non-party Joshua Greenberg, reviewed the settlement documents, considered the amounts paid to any party, and considered any other relevant terms and conditions of the settlement.

## FEES

Pursuant to the Code, the following fees are assessed:

### Filing Fees
FINRA Dispute Resolution assessed a filing fee* for each claim:
    Initial Claim Filing Fee                                             =$ 1,425.00

*The filing fee is made up of a non-refundable and a refundable portion.*

### Member Fees
Member fees are assessed to each member firm that is a party in these proceedings or to the member firm(s) that employed the associated person(s) at the time of the event(s) giving rise to the dispute. Accordingly, as a party, Respondent is assessed the following:
    Member Surcharge                                                             =$ 1,700.00
    Pre-Hearing Processing Fee                                  =$ 750.00
    Hearing Processing Fee                                           =$ 2,750.00

### Hearing Session Fees and Assessments
The Panel has assessed hearing session fees for each session conducted. A session is any meeting between the parties and the arbitrator(s), including a pre-hearing conference with the arbitrator(s), that lasts four (4) hours or less. Fees associated with these proceedings are:

One (1) Pre-hearing session with the Panel @ $1,125.00/session     =$ 1,125.00
Pre-hearing conference:   May 10, 2013               1 session

FINRA Dispute Resolution
Arbitration No. 12-03600
Award Page 4 of 5

One (1) Hearing session on expungement request @ $1,125.00/session   =$ 1,125.00
Hearing Date:          July 8, 2014                      1 session
Total Hearing Session Fees                                           =$ 2,250.00

The Panel has assessed $562.50 of the hearing session fees to Claimant.

The Panel has assessed $1,687.50 of the hearing session fees to Respondent which includes the total hearing session fee for the expungement hearing.

All balances are payable to FINRA Dispute Resolution and are due upon receipt.

FINRA Dispute Resolution
Arbitration No. 12-03600
Award Page 5 of 5

## ARBITRATION PANEL

| | | |
|---|---|---|
| Richard J. Kaplan | - | Public Arbitrator, Presiding Chairperson |
| Nanci Sondra Landy | - | Public Arbitrator |
| Donna Greenspan Solomon | - | Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm that I am the individual described herein and who executed this instrument which is my award.

**Concurring Arbitrators' Signatures**

*[signature]*                                                              8/13/2014

Richard J. Kaplan                                                          Signature Date
Public Arbitrator, Presiding Chairperson


Nanci Sondra Landy                                                         Signature Date
Public Arbitrator

*[signature]*                                                              08/06/14

Donna Greenspan Solomon                                                    Signature Date
Public Arbitrator


8/13/14
Date of Service (For FINRA Dispute Resolution office use only)

FINRA Dispute Resolution
Arbitration No. 12-03600
Award Page 5 of 5

## ARBITRATION PANEL

| | | |
|---|---|---|
| Richard J. Kaplan | - | Public Arbitrator, Presiding Chairperson |
| Nanci Sondra Landy | - | Public Arbitrator |
| Donna Greenspan Solomon | - | Public Arbitrator |

I, the undersigned Arbitrator, do hereby affirm that I am the individual described herein and who executed this instrument which is my award.

**Concurring Arbitrators' Signatures**

---
Richard J. Kaplan
Public Arbitrator, Presiding Chairperson

Signature Date

---
Nanci Sondra Landy
Public Arbitrator

8/5/14
Signature Date

---
Donna Greenspan Solomon
Public Arbitrator

Signature Date

---
8/13/14
Date of Service (For FINRA Dispute Resolution office use only)