JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
JOSHUA GREENBERG ;
County of Residence: Outside This District

**Defendant(s):**
First Listed Defendant:
STEPHEN FLEISCHER ;
County of Residence: Collier County

**County Where Claim For Relief Arose:** Broward County

**Plaintiff's Attorney(s):**
MARC GOTTLIEB (JOSHUA GREENBERG)
AKERMAN, LLP
350 E. LAS OLAS BLVD., SUITE 1600
FORT LAUDERDALE, Florida 33301
Phone: 954.463.2700
Fax: 954.463.2224
Email: marc.gottlieb@akerman.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties (Diversity Cases Only)**
  Plaintiff: N/A
  Defendant: N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 896 Confirm or Modify Arbitration Award
**Cause of Action:** 9 U.S.C. §1 - complaint for confirmation of arbitration award
**Requested in Complaint**
  Class Action: Not filed as a Class Action
  Monetary Demand (in Thousands):
  Jury Demand: No
  Related Cases: Is NOT a refiling of a previously dismissed action

**Signature:** /s/Marc J. Gottlieb

**Date:** 1/27/15

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.



Averigen LLP | 950+ lawyers : 20 locations | www.averigen.com

CONFIDENTIALITY NOTE: The information contained in this transmission may be privileged and confidential, and is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, please immediately reply to the sender that you have received this communication in error and then delete it. Thank you.