UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:   Filing of Documents that Exceed          Case No. 2:15-cv-42-FtM-29CM
         Twenty-Five Pages
_____/

# STANDING ORDER

In order to facilitate the Court's review of certain documents, the judges of the Fort Myers Division agree that parties should submit to Chambers a courtesy copy of any document filed electronically in the Fort Myers Division that exceeds twenty-five (25) pages (including exhibits) in length. Courtesy copies need not be provided simultaneously with the electronic filing of the document. However, they should be submitted as promptly as possible and may be provided via United States Mail or other reliable service.

Accordingly, it is hereby **ORDERED:**

1. A party who electronically files a document exceeding **twenty-five (25) pages** (including exhibits) in length must provide a courtesy copy of the document (including exhibits) in **paper** format to the assigned judge's chambers.

2. In order to implement this requirement, the Clerk of the Court is directed to file this Standing Order in every new civil case filed in the Fort Myers Division until further Order.

3. This Standing Order is not applicable to criminal cases.

**DONE AND ORDERED** at Fort Myers, Florida, this 28th day of January, 2015.

<div style="display:flex">

    JOHN E. STEELE                    SHERI POLSTER CHAPPELL
John E. Steele                          Sheri Polster Chappell
United States District Court Judge    United States District Court Judge

  DOUGLAS N. FRAZIER               CAROL MIRANDO
Douglas N. Frazier                         Carol Mirando
United States Magistrate Judge      United States Magistrate Judge

</div>