UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSHUA GREENBERG,

        Plaintiff,

v.                                                                 Case No:   2:15-cv-42-FtM-29CM

STEPHEN FLEISCHER,

        Defendant.

**RELATED CASE ORDER
AND TRACK ONE NOTICE**

It is hereby **ORDERED** that, no later than **FOURTEEN (14) DAYS** from the date of this Related Case Order and Track Notice, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b).  The parties shall utilize the attached form **Notice of Pendency of Other Actions**.

It is **FURTHER ORDERED** that, in accordance with M.D. Fla. Local Rule 3.05, this action is designated a **Track One** case.  All parties must comply with the requirements established in Local Rule 3.05 for Track One cases.

January 30, 2015

| | |
|---|---|
| <u>     JOHN E. STEELE     </u><br>John E. Steele<br>United States District Court Judge | <u>     SHERI POLSTER CHAPPELL     </u><br>Sheri Polster Chappell<br>United States District Court Judge |
| <u>     DOUGLAS N. FRAZIER     </u><br>Douglas N. Frazier<br>United States Magistrate Judge | <u>     CAROL MIRANDO     </u><br>Carol Mirando<br>United States Magistrate Judge |

Attachment:  Notice of Pendency of Other Actions [mandatory form]

Copies: All Parties of Record

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOSHUA GREENBERG,

      Plaintiff,

v.                                       Case No:  2:15-cv-42-FtM-29CM

STEPHEN FLEISCHER,

      Defendant.
_____

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____    IS       related to pending or closed civil or criminal case(s) previously filed in the Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

_____    IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **NOTICE OF PENDENCY OF OTHER ACTIONS** upon each party no later than **FOURTEEN (14) DAYS** after appearance of the party.

Dated:

_____          _____
[Counsel of Record or *Pro Se* Party]     [Counsel of Record or *Pro Se* Party]
    [Address and Telephone]                  [Address and Telephone]

- 3 -