UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In Re:   Compliance with  Local Rule 2.01
        General Admission to Practice

_____

NOTICE OF NON-COMPLIANCE

Pursuant to Local Rule 2.01, no person shall be permitted to appear or be heard as counsel for another in any proceeding in this Court unless first admitted to practice in the Court.  To maintain good standing in the bar, each attorney admitted under this rule, beginning in the year following the year of the attorney's admission, must pay a periodic fee set by administrative order, unless exempt for good cause shown, must register with the Clerk of the Court and maintain an email address for electronic service.  An attorney who fails to timely pay the periodic fee or fails to maintain a registered email address is subject to removal from membership in the bar of this Court.

A review of the Attorney Admission Records shows that **TARA A. LACLAIR**, an attorney who currently has a case pending before this Court filed under case number **2:15-CV-42,** has not been admitted to practice or has not submitted the renewal fee required to remain a member of the bar in good standing.  Therefore, counsel is directed to the Court's website at www.flmd.uscourts.gov and see Attorney Resources for information and instruction on attorney admission and renewal requirements. **Counsel shall file a notice indicating that they have complied with all**

- 2 -

the requirements pursuant to Local Rule 2.01, *which includes registering an email address* that is necessary in order to receive electronic court filings in the case. Failure to comply within 30 days from the date of this notice may result in removal from the rolls of attorneys admitted to practice in this district.

    /s/ Barbara J. Woodford
    Deputy Clerk

    DATED at Fort Myers, Florida on February 10, 2015