## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Middle** | **U.S. District Court** |

Case Number: 2 15 CV 42 JES CM

Plaintiff:
**JOSHUA GREENBERG,**

vs.

Defendant:
**STEPHEN FLEISCHER,**

For:
Marc J. Gottlieb Esquire
AKERMAN LLP
350 E Las Olas Blvd
#1600
Fort Lauderdale, FL  33301

Received by BURKE INVESTIGATIVE PROCESS SERVICES INC on the 11th day of February, 2015 at 4:38 pm to be served on **STEPHEN FLEISCHER, 695 WEST LAKE DRIVE, NAPLES, FL 34102**

I, DANIEL MCKEON, do hereby affirm that on the **13th day of February, 2015** at **4:15 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons and Complaint w/Exhibits** with the date and hour of service endorsed thereon by me, to: **STEPHEN FLEISCHER** at the address of: **695 WEST LAKE DRIVE, NAPLES, FL 34102**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served:  Age: 72,  Sex: M,  Race/Skin Color: WHITE,  Height: 6'0,  Weight: 220,  Hair: GRAY,  Glasses: N

Under penalty of perjury, I declare that I have read the forgoing and that the facts stated in it are true, that I am a Certified Process Server in the county in which this defendant/witness was served and have no interest in the above action pursuant to FS 92.525(2), no notary is required.

_____
**DANIEL MCKEON**
157975

**BURKE INVESTIGATIVE PROCESS SERVICES INC**
**13798 N.W. 4th  St.**
**Suite 310**
**Sunrise, FL 33325**
**(954) 514-0116**
Our Job Serial Number: BII-2015042450

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n