UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**JOSHUA GREENBERG**,

        Plaintiff,

CASE NO.: 2:15-cv-00042-JES-CM

v.

**STEPHEN FLEISCHER**,

        Defendant.
_____/

### NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action

__X__ IS related to any pending or closed civil or criminal case(s) filed with this Court, or any other Federal or State court, or administrative agency as indicated below:

*Stephen R. Fleischer v. CitiGroup Global Markets, Inc. f/k/a CitiCorp. Inv. Servs*. Case No. 12-03600 (Arbitration of Financial Industry Regulatory Authority (**FINRA**) Dispute)

____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this **Notice of Pendency of Other Actions** upon each party no later than fourteen days after appearance of the party.

Dated:  February 18, 2015

                                          Respectfully Submitted,

                                          */s/ Marc J. Gottlieb*_____
                                          Marc J. Gottlieb/Fla. Bar No. 827819
                                          **primary email: marc.gottlieb@akerman.com**
                                          **secondary email: maria.millman@akerman.com**
                                          **AKERMAN, LLP**
                                          350 East Las Olas Blvd., Suite 1600
                                          Fort Lauderdale, Florida  33301
                                          Ph:  (954) 759-8945/Fax:  (954) 463-2224

                                          *Counsel for Plaintiff*

{29369583;1}